IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE STILP et al., | : | |
| *Plaintiffs* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF WEST CHESTER, | : | No. 21-3989 |
| *Defendant* | : | |

**ORDER**

**AND NOW**, this 25 day of August, 2022, upon consideration of the Borough of West Chester's motion for summary judgment (Doc. No. 10), Mr. Stilp and Mr. Connolley's response in opposition (Doc. No. 12), and the oral argument held on July 14, 2022, it is **ORDERED** that the Motion (Doc. No. 10) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
~~GENE~~ E.K. PRATTER
UNITED STATES DISTRICT JUDGE