IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE STILP et al., *Plaintiffs* | : : : | CIVIL ACTION |
| v. | : : | |
| BOROUGH OF WEST CHESTER, *Defendant* | : : : | No. 21-3989 |

## ORDER

**AND NOW**, on this 17th day of October, 2022, upon consideration of Mr. Stilp and Mr. Connolley's Amended Motion for Sanctions (Doc. No. 42), the supporting brief, and the Borough's Response (Doc. No. 56), it is hereby **ORDERED** that the motion (Doc. No. 42) is **GRANTED** in part. For the reasons set forth in the accompanying memorandum, it is further **ORDERED** as follows:

1. The Court finds that Christine E. Munion, Esquire, engaged in bad faith, plagiarism, and conduct prejudicial to the efficient administration of justice.

2. The Court imposes attorney's fees and costs on Christine E. Munion, Esquire, for time and expenses necessitated by her misconduct in the total amount of $8,483.55.

3. Ms. Munion shall pay the assessed sum to counsel for Mr. Stilp and Mr. Connolley, Metter, Evans & Woodside, P.C., within thirty (30) days of the date of this Order.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE

1